IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 1:15-cv-00236-REB-MEH | Date: | April 7, 2015 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:* | *Counsel:*

The Civil Rights Education and Enforcement Center, et al     Sarah Morris

    Plaintiff,

v.

Sage Hospitality Resources, LLC                               Steve Miller
                                                              Scott Fanning

    Defendant.

---

**COURTROOM MINUTES/MINUTE ORDER**
**SCHEDULING CONFERENCE**

---

**Court in session:   9:46 a.m.**

Court calls case.   Appearances of counsel. Steve Miller and Scott Fanning appeared by telephone.

Discussion and oral argument held regarding [25] Motion to Stay Entry of a Scheduling Order, Initial Disclosures, and Discovery Pending Ruling on Defendants Fully Dispositive Rule 12 Motion to Dismiss filed by Sage Hospitality Resources, LLC.

**ORDERS:**

IT IS ORDERED THAT the [25] Motion to Stay Entry of a Scheduling Order, Initial Disclosures, and Discovery is GRANTED IN PART AND DENIED IN PART.

IT IS FURTHER ORDERED THAT the plaintiff has until close of business on April 8, 2015 to propound 4 Requests for Production regarding jurisdictional issues.   The defendant is to respond by May 7, 2015.

A Status Conference is set for **May 11, 2015 at 9:30 a.m**. before U.S. Magistrate Judge Hegarty in Courtroom A 501, Arraj Courthouse.

**Court in recess:   10:04 a.m.          (Hearing concluded)**
**Total time in Court:   00:18**

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.