IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00236-REB-MEH

CIVIL RIGHTS EDUCATION AND ENFORCEMENT CENTER, on behalf of its members, and
MARGARET DENNY, on behalf of herself and a proposed class of similarly situated persons,

      Plaintiffs,

v.

SAGE HOSPITALITY RESOURCES, LLC,
SAGE OXFORD, INC.,
WALTER ISENBERG, and
JOHN DOES 1-5,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 1, 2015.**

      To the extent it is filed as a "motion," Defendant Sage Oxford's Joinder in Defendant Sage Hospitality Resources, LLC's Motion to Dismiss [filed June 30, 2015; docket #57] is **denied as moot**. The Court will recognize Sage Oxford's joinder when adjudicating the pending motion to dismiss.

      Likewise, Defendant Walter Isenberg's "motion for joinder" in Defendant Sage Hospitality Resources, LLC's Motion to Dismiss, which was filed contemporaneously with his own Motion to Dismiss [filed June 30, 2015; docket #58][1] is **denied as moot**, and the Court will recognize Isenberg's joinder when adjudicating Sage Hospitality Resources' motion to dismiss.

---

[1] To clarify, the Court is denying as moot *only* Isenberg's motion for joinder, not the motion to dismiss which remains pending before the Court.