IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | |
|---|---|
| Civil Action No: 1:15-cv-00236-REB-MEH | Date: July 23, 2015 |
| Courtroom Deputy: Molly Davenport | FTR: Courtroom A 501 |

| *Parties:* | *Counsel:* |
|---|---|
| CIVIL RIGHTS EDUCATION AND ENFORECEMENT CENTER ET AL | Timothy Fox<br>Sara Morris |
| Plaintiffs, | |
| v. | |
| SAGE HOSPITALITY RESOURCES, LLC. ET AL | Scott Fanning |
| Defendant. | |

### COURTROOM MINUTES
### MOTION HEARING

**1:31 p.m.     Court in session.**

Court calls case. Appearances of counsel. Defendants' counsel appeared by telephone.

**ORDERED**:

[47] Motion to Quash Subpoenas, Motion to Strike Unauthorized Production Requests by defendant Sage Hospitality Resources, LLC is GRANTED IN PART AND DENIED IN PART.

The Rule 30(b)(6) deposition notice from the plaintiff is to be amended as stated on the record.

The plaintiff is granted one additional document request which is the same as topic #3 in the Rule 30(b)(6) notice.

The parties are to confer via telephone and plaintiffs' counsel may file a motion for sanctions if she deems it necessary within one week from today. If a motion for sanctions is filed, the defendant has until Friday, July 31, 2015 to file their response.

The Rule 30(b)(6) deposition(s) is to occur within 30 days. The defendant shall produce the additional documents one week prior to the Rule 30(b)(6) deposition(s).

**2:24 p.m.**     **Court in recess.**   Hearing concluded.
Total in-court time    00:55

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.