IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00236-REB-MEH

CIVIL RIGHTS EDUCATION AND ENFORCEMENT CENTER, on behalf of its members, and
MARGARET DENNY, on behalf of herself and a proposed class of similarly situated persons,

    Plaintiffs,

v.

SAGE HOSPITALITY RESOURCES, LLC,
SAGE OXFORD, INC.,
WALTER ISENBERG, and
JOHN DOES 1-5,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 19, 2015**.

    The Stipulated Motion for Entry of Protective Order [filed August 13, 2015; docket #71] is **granted**. The parties' proposed Stipulated Protective Order is accepted and filed contemporaneously with this minute order.