IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00236-REB-MEH

CIVIL RIGHTS EDUCATION AND ENFORCEMENT CENTER, on behalf of its members, and
MARGARET DENNY, on behalf of herself and a proposed class of similarly situated persons,

    Plaintiffs,

v.

SAGE HOSPITALITY RESOURCES, LLC,
SAGE OXFORD, INC.,
WALTER ISENBERG, and
JOHN DOES 1-5,

    Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 14, 2015**.

    For good cause shown, the Unopposed Motion to Withdraw Linda Lam and Joshua Davidson as Plaintiffs' Counsel [filed October 13, 2015; docket #84] is **granted**. Ms. Lam's and Mr. Davidson's representation of the Plaintiffs in this case is terminated. The Plaintiffs shall continue to be represented by Bill Lee and Julie Wilensky of the same firm, as well as all other listed counsel.